# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ERIN MARTIN,**

      **Plaintiff,**

**v.**                                            **No. 14-cv-0275 JCH/SMV**

**I-FLOW, LLC,**

      **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      March 14, 2016, at 9:00 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for March 14, 2016, at 9:00 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

      **IT IS SO ORDERED.**

                                            _____

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.