IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERIN MARTIN,**

   Plaintiff,

v.                                                                             No. 14-cv-0275 JCH/SMV

**I-FLOW, L.L.C.,**

   Defendant.

## ORDER VACATING AND RESETTING STATUS CONFERENCE

   **Date and time**:        March 16, 2016, at 1:30 p.m.

   **Matter to be heard**:   Telephonic Status Conference

The telephonic Status Conference set for March 14, 2016, [Doc. 36], is VACATED and . RESET for **March 16, 2016, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

   IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.