IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERIN MARTIN,**

       **Plaintiff,**

                              Case No. 2:14-cv-00275 JCH/SMV

v.

**I-FLOW, LLC,**

       **Defendant.**

## ORDER AMENDING SCHEDULING ORDER DEADLINES

THIS MATTER having come before the Court on the Parties unopposed motion for an Order amending the scheduling order deadlines, and the Court having reviewed the motion and being otherwise fully advised in the premises;

FINDS:  That the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a two-month extension has been granted on the following Scheduling Order deadlines:

1. Discovery deadline from April 12, 2016 to **June 13, 2016;**

2. Deadline for discovery motions from May 2, 2016 to **July 5, 2016**;

3. Deadline for pretrial motions other than discovery motions from May 12, 2016 to **July 11, 2016**;

4. Plaintiff's deadline to submit the pretrial order to Defendant from June 27, 2016 to **August 26, 2016**; and

5. Defendant's deadline to submit the consolidated final pretrial order to the Court from July 11, 2016 until **September 9, 2016**.

                                            _____
                                            STEPHAN M. VIDMAR
                                            UNITED STATES MAGISTRATE JUDGE

*12950.009*

**APPROVED BY:**

 **ROBERT CURTIS LAW OFFICE, P.A.**

By: _____
 Robert J. Curtis
 215 Central Ave NW, Suite 200
 Albuquerque, NM 87102
 (505) 389-2030
 Robert@rcurtislaw.com
 ellen@rcurtislaw.com


 **SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**

 **Christian M. Ryba**
 233 S. Wacker Drive
 Suite 5500
 Chicago, IL  60606
 Phone:  (312) 329-6559
 cryba@smsm.com

 **Peter Strelitz**
 Segal McCambridge Singer & Mahoney, Ltd
 100 Congress Ave., Suite 800
 Austin, TX 78701
 512-370-1237
 512-476-7832 (fax)
 pstrelitz@smsm.com

*Counsel for Defendant I-FLOW, LLC*


 **HOULISTON & WEAKS**
 *Counsel for Plaintiff Erin Martin*


By *approved by David Houliston via email 3/9/16*
 David M. Houliston
 500 Tijeras Ave NW
 Albuquerque, NM  87102
 (505) 247-1223
 (505) 843-7129
 david@lawofficesofhw.com

*12950.009*