# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ERIN MARTIN,**

    **Plaintiff,**

**v.**                                      **No. 14-cv-0275 JCH/SMV**

**I-FLOW, LLC,**

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

Defendant's counsel informed the Court that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **June 2, 2016**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**